Robert E. Sabido, OSB No. 964168
robert@sabidolawllc.com
SABIDO LAW, LLC
9385 SW Locust Street
Tigard, Oregon 97223
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN JOHANSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANDARICH LAW GROUP, LLP, )<br>)<br>Defendant. ) | Case No: 3:25-cv-00275-YY<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |

Defendant Mandarich Law Group, LLP ("Defendant") answers Plaintiff's Complaint ("the Complaint") as follows:

### FACTUAL ALLEGATIONS

1.

Defendant admits that this Court generally has subject matter jurisdiction over claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"); that venue is proper in this Court; and that it is registered to conduct business in Oregon. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1 and, therefore, denies those allegations.

2.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and, therefore, denies those allegations.

3.

Paragraph 3 contains statements constituting legal conclusions to which no response is required. To the extent a response is required, Defendant admits that, when it engages in certain activities, it may fit the definition of "debt collector" as purportedly defined by the FDCPA. Defendant denies the remaining allegations in Paragraph 3, in part based on a lack of knowledge or information sufficient to form a belief as to the truth of those allegations.

4.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and, therefore, denies those allegations.

5.

Defendant denies the allegations in Paragraph 5.

6.

Defendant admits that Plaintiff Steven Johansen ("Plaintiff") was served inadvertently with the complaint in Washington County Circuit Court, case number 24CV06593 ("the Washington County suit"), which was intended for a different Steven Johansen. Defendant denies the remaining allegations in Paragraph 6.

7.

Defendant denies the allegations in Paragraph 7.

8.

Defendant denies the allegations in Paragraph 8.

9.

Defendant admits that exhibits were attached to its complaint in the Washington County suit, and that the contents of those exhibits speak for themselves. Defendant denies the remaining allegations in Paragraph 9.

10.

Defendant admits that it received an email from Plaintiff on or around February 19, 2024 ("the Email"), and that the content of the Email speaks for itself. Defendant denies the remaining allegations in Paragraph 10.

11.

Defendant admits that the content of the Email speaks for itself. Defendant denies the remaining allegations in Paragraph 11.

12.

Defendant admits that the content of the Email speaks for itself. Defendant denies the remaining allegations in Paragraph 12.

13.

Defendant denies the allegations in Paragraph 13.

14.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and, therefore, denies those allegations.

15.

Defendant denies the allegations in Paragraph 15.

16.

Defendant denies the allegations in Paragraph 16.

17.

Defendant admits that Plaintiff has demanded a trial by jury and asserts its own jury demand.

18.

Defendant denies that Plaintiff is entitled to the relief requested in Paragraph 18.

19.

Except as specifically admitted above, Defendant denies each and every allegation of the Complaint.

**AFFIRMATIVE DEFENSES**

20.

Any violation of 15 U.S.C. §1692 *et seq.* was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.  15 U.S.C. § 1692k(c).

21.

Plaintiff's claims may be barred, in whole or in part, by the FDCPA's one-year statute of limitations.

22.

Plaintiff has failed to mitigate his damages.

23.

Plaintiff fails to state factual matter sufficient to constitute a claim against Defendant that is plausible on its face.

24.

Plaintiff lacks standing because he has not suffered any concrete harm.

25.

Any alleged misrepresentation was not material and, thus, not actionable under *Donahue v. Quick Collect, Inc.*, 592 F.3d 1027 (9th Cir. 2010).

26.

Defendant acted in good faith at all times.

27.

Any alleged violation of the FDCPA was technical, non-material, and/or de minimis in nature and, therefore, does not support a finding of liability or an award of damages or attorney's fees.

28.

Any violation and/or damages resulted from the fault of Plaintiff himself or of others for whom Defendant is not liable or responsible.

**RESERVATION OF RIGHT TO AMEND**

29.

Defendant reserves its right to amend and to add further defenses or claims, as relevant information becomes available.

///

///

///

///

///

///

///

Page 5 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

WHEREFORE, Defendant prays for judgment in its favor; for dismissal of Plaintiff's claims with prejudice; for its costs and disbursements; and for any further relief that the Court decides is proper.

Dated:  March 26, 2025        S<small>ABIDO</small> L<small>AW</small>, LLC

*/s/ Robert E. Sabido*

Robert E. Sabido, OSB No. 964168
robert@sabidolawllc.com
9385 SW Locust Street
Tigard, Oregon 97223
Tel: (971) 302-6236
Fax: (503) 974-1673

*Attorneys for Defendant*

Page 6 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** to be filed using the CM/ECF System, which will send notification electronically to counsel of record as follows:

Michael Fuller
Underdog Law Office
US Bancorp Tower
111 SW 5th Ave, Ste. 3150
Portland. OR 97204
michael@underdoglawyer.com

Kelly D. Jones
Law Offices of Kelly D. Jones
819 SE Morrison St., Suite 255
Portland, OR 97214
kellydonovanjones@gmail.com

*Attorneys for Plaintiff*

Date:   March 26, 2025                    */s/ Robert E. Sabido*

                                          Robert E. Sabido

Page 7 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT